

# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * *
DAVID PHILLIP RUFFA,              *
                                  *
              Plaintiff,          *
                                  *   No. 17-1649C
       v.                         *   Filed: November 7, 2017
                                  *
UNITED STATES,                    *
                                  *
              Defendant.          *
* * * * * * * * * * * * * * * *
```

**FILED**
NOV - 7 2017
U.S. COURT OF
FEDERAL CLAIMS

## ORDER

The court is in receipt of pro se plaintiff's complaint. Plaintiff submitted the complaint to the court without paying the $400.00 filing fee or submitting an application to proceed in forma pauperis. As a result of this failure, the above-captioned case is **DISMISSED**, without prejudice.

**IT IS SO ORDERED.**

MARIAN BLANK HORN
Judge

7017 1450 0000 1346 1109